# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Phillipe L. Lopez

*Plaintiff*

v.

Washington State Penitentiary Property Room, et al

*Defendant*

Civil Action No. 4:15-CV-05084-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rice  on a motion for
Plaintiff's Motion to Voluntarily Dismiss is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

Date:  November 16, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy

*(By) Deputy Clerk*

Cheryl Cambensy